

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00399-CV

**EMILY SPECKHARD,**

**Appellant**

**v.**

**GLENN WILLIS,**

**Appellee**

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 15-001794-CV-361**

## MEMORANDUM OPINION

On January 4, 2017, the Clerk of this Court notified Appellant that the $205 filing fee in this cause was past due and that the appeal would be dismissed if Appellant did not either establish the right to proceed without payment of costs or pay the filing fee within twenty-one days of the date of the letter. On January 5, 2017, the Clerk of this Court also notified Appellant that we have not received the docketing statement and that the appeal would be dismissed if the docketing statement was not filed within twenty-

one days of the date of the letter.  No response has been received from Appellant.

Accordingly, the appeal is dismissed.  *See* Tᴇx. R. Aᴘᴘ. P. 42.3(b), (c).



REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 22, 2017
[CV06]

